UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSHUA SPENCER HILL,

    Petitioner,

v.

SUMER BROOKS,

    Respondent.

Case No. 20-cv-04026-YGR (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Petitioner, a state prisoner proceeding *pro se*, filed an incomplete habeas corpus petition form. *See* Dkt. 1. In an Order dated January 13, 2021, after conducting a preliminary review of the petition, the Court found the record did not contain enough information to permit it to ascertain whether Petitioner's claims were cognizable. *See* Dkt. 8 at 1-2. The Court added that it was "unclear" exactly what Petitioner was challenging. *Id.* Thus, the Court determined that it could not fairly evaluate the petition in its present state, nor could it be certain that Petitioner intended to file a 28 U.S.C. § 2254 petition at all. *Id.* The Court dismissed the petition and granted Petitioner twenty-eight days to allow him an opportunity to file either a proper 28 U.S.C. § 2254 petition or a proper 42 U.S.C. § 1983 complaint, or to suffer dismissal of the petition without prejudice. *Id.* The Court gave Petitioner specific instructions on how to file either an amended petition or a civil rights complaint, as well as how to ascertain the filing fees involved in each filing. *Id.* at 2-5. The Court also granted Petitioner's application for *in forma pauperis* status.

More than twenty-eight days have passed, and Petitioner has failed to file either an amended petition or a civil rights complaint. Accordingly, this action is DISMISSED without prejudice. The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated: March 1, 2021

_____
JUDGE YVONNE GONZALEZ ROGERS
United States District Judge